Case No: 15-41378-MXM-13

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

Fort Worth Division

| | | | |
|---|---|---|---|
| In re: | MYRNA ASIS ROZENBURG | Case No: | 15-41378-MXM-13 |
| | | Chapter: | 13 |

Property Address: 7605-07 ABBOTT DRIVE, FORT WORTH, TX 76108

Last four digits of any number you use to
Identify the Debtor's account: 1250

Court Claim No. (if known) 4

**AMENDED STATEMENT IN RESPONSE TO NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS UNDER L.B.R. 3002-2**

PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("Creditor") hereby responds to that certain Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears ("Cure Notice") dated October 13, 2016 and filed as Docket 46.

**Pre-Petition Amounts Received**     Applicable option is checked

☒ Agrees that the Trustee has paid the amounts listed on the Cure Notice towards the Creditor's claim.

☐ Disagrees that the Trustee has paid the amounts listed on the Cure Notice towards Creditor's claim. Creditor states that the total amount received as of the date of the Cure Notice is:

Total Amount Due: $0.00

Attached is an itemized Statement of amounts paid through the date listed on the Statement.

**Post-Petition Amounts Outstanding**     Applicable option is checked

☒ Agrees that Debtors are current with respect to all post-petition payments, fees and costs, whether paid directly to Creditor or being paid through Debtor's Chapter 13 Plan as of the date of the Cure Notice.

☐ Disagrees that Debtors are current with respect to all post-petition payments, fees and costs as of the date of the Cure Notice and states that the total amount to cure the post-petition arrearage is:

Total Amount Due: $0.00

Attached is an itemized Statement of the post-petition arrearage due and owing through the date listed on the Statement. The outstanding amounts identified on the Statement do not reflect amounts that became or may become due after the date listed therein, including any fees that may have been incurred in the preparation, filing or prosecution of this Cure Notice.

The outstanding amounts identified on the attached Statements may not, due to timing, reflect all payments sent to Creditor as of the date stated therein. In addition, the amounts due may include payments reflected on the Notice of Amount Deemed Necessary to Cure Mortgage Arrears but which have not yet been received and/or processed by Creditor.

Case No:  15-41378-MXM-13

# UNITED STATES BANKRUPTCY COURT

X /s/ JOHN R. CALLISON                    X   12/29/2016
    Signature                                          Date  (MM/DD/YYYY)

First Name: **JOHN R.**          Middle Name:            Last Name: **CALLISON**

Title:     **Attorney for Creditor**

Company  **BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

Address   **4004 BELT LINE RD. SUITE 100**

City      **ADDISON**        State: **TX**          Zip: **75001**

Phone     **(972) 386-5040**

Case No: 15-41378-MXM-13

# UNITED STATES BANKRUPTCY COURT

### CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, a true and correct copy of the Amended Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears Under L.B.R. 3002-2 was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ JOHN R. CALLISON                                    12/29/2016
JOHN R. CALLISON
TX NO. 24076295
4004 BELT LINE RD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

Case No:  15-41378-MXM-13

# UNITED STATES BANKRUPTCY COURT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MYRNA ASIS ROZENBURG
7607 ABBOTT DRIVE
FORT WORTH, TX 76108

**DEBTOR'S ATTORNEY:**
TIMOTHY V. DANIEL
8200 CAMP BOWIE W. BLVD.
FORT WORTH, TX  76116

**TRUSTEE:**
TIM TRUMAN
6851 N.E. LOOP 820, SUITE 300
N RICHLAND HILLS, TX  76180

**UNITED STATES TRUSTEE:**
1100 COMMERCE STREET
ROOM 976
DALLAS, TX  75242