Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor

U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS – FT. WORTH DIVISION

| | |
|---|---|
| In Re: <br> **MYRNA ASIS ROZENBURG,** <br> Debtor. | CASE NO.: 15-41378-mxm13 <br><br> CHAPTER 13 |

### RESPONSE TO NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

U.S. BANK TRUST NATIONAL ASSOCIATION,AS TRUSTEE OF THE IGLOO BUNGALOW III TRUST, ("**Secured Creditor**") in the above-entitled Bankruptcy proceeding, hereby submits the following reply to Notice to Deem Mortgage Current or, Alternatively, Notice of Amount Deemed Necessary to Cure  ("**Notice**") filed on October 17, 2018, by the Chapter 13 Trustee, Tim Truman.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note and is secured by a Deed of Trust on the subject property commonly known as 7605-7607 Abbott Drive, White Settlement, TX 76108 (the "**Property**").

Secured Creditor agrees that the Debtor has paid in full the amount required to cure the prepetition default on the Creditor's claim.

Secured Creditor agrees that the loan is post-petition current, as well, with a next post-petition payment due on February 1, 2019.

Respectfully submitted,

/S/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
State Bar No.: 24104960
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
kzilberstein@ghidottilaw.com
**COUNSEL FOR SECURED CREDITOR**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor
U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS – FT. WORTH DIVISION**

| | |
|---|---|
| In Re: ) | CASE NO.: 15-41378-mxm13 |
| ) | |
| **MYRNA ASIS ROZENBURG,** ) | CHAPTER 13 |
| ) | |
| Debtor. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 7, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Myrna Asis Rozenburg<br>7607 Abbott Drive<br>Fort Worth, TX 76108 | **Trustee**<br>Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180 |
|---|---|
| **Debtor's Counsel**<br>Robert A. Higgins<br>Robert A. Higgins & Associates, P.C.<br>8200 Camp Bowie W Blvd<br>Fort Worth, TX 76116 | **U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on November 7, 2018 at Santa Ana, California

/*s / Steven P. Swartzell*
Steven P. Swartzell

2
CERTIFICATE OF SERVICE