OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH**

| IN RE: | § | CASE NO.  15-41378-MXM |
|---|---|---|
| MYRNA ASIS ROZENBURG | § § § | CHAPTER 13 |
| | § § | JUDGE MARK X MULLIN |
| DEBTOR | § § | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tim Truman files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid as follows:

**Name of Creditor:**  US BANK

**Property Address:**  7605-07 Abbott Drive

**HOME MORTGAGE CURRENT**

| Court Claim # | Trustee Claim # | Account Number | Claim Asserted | Claim Allowed | | Amount Paid By Trustee |
|---|---|---|---|---|---|---|
| 4 | 1 | 1250 | $41,916.58 | $41,916.58 | Principal | $41,916.58 |
| | | | | | + Interest | $6,177.63 |
| | | | | | Total: | $48,094.21 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          ___  Direct by the Debtor

Case No.:    15-41378-MXM    MYRNA ASIS ROZENBURG

Page 2 of 2

Within 21 days of the service of this Notice of Final Cure Payment, the creditor MUST file and serve a Response/Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; 2) whether the Debtor has paid all oustanding post petition fees, costs and escrow amounts due as of the date of the Response/Statement, and 3) whether the Debtor is otherwise current on all payments as of the date of the Response/Statement consistent with 11 U.S.C. § 1322(b)(5).

The Response/Statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the Response/Statement. The Response/Statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

Failure to file and serve the Response/Statement may subject the holder to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee will be provided to any party in interest upon request.

Respectfully submitted,

/s/ Tim Truman

Tim Truman, Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Final Cure Payment was served on the parties listed below in the manner listed below on or before April 01, 2020.

**BY FIRST CLASS MAIL:**

MYRNA ASIS ROZENBURG, 7607 Abbott Drive, Fort Worth, TX  76108
US BANK, BSI FINANCIAL SERVICES, 1425 GREENWAY DR STE 400, IRVING, TX  75038

**BY ELECTRONIC SERVICE:**

ROBERT A HIGGINS AND ASSOCIATES PC, 8200 CAMP BOWIE W BLVD, FORT WORTH, TX  76116
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX  75001

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman

Tim Truman
Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608