**Fill in this information to identify the case:**

Debtor 1   Myrna Asis Rozenburg

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of Texas
(State)

Case number   15-41378-mxm13

---

# Form 4100R
# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 5 0

**Property address:** 7607 Abbott Drive
Number    Street

Fort Worth, TX 76108
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  04 / 01 / 2020
MM / DD / YYYY

\* As of March 31, 2020 when the trustee filed their notice of final cure, the debtors were current with the post-petition payments. As of the filing of this late response, the debtors are due for the May 1, 2020 payment.

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  **Myrna Asis Rozenburg**
          First Name   Middle Name   Last Name

Case number *(if known)* 15-41378-mxm13

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Angie M. Marth
Signature

Date 07/27/2020

Print **Angie M. Marth**
      First Name  Middle Name  Last Name

Title **Authorized Agent for Secured Creditor**

Company **Ghidotti Berger, LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address **600 E. John Carpenter Fwy., Suite 175**
        Number         Street

**Irving, TX 75062**
City         State    ZIP Code

Contact phone (972) 893 – 3096

Email bknotifications@ghidottiberger.com

Form 4100R   Response to Notice of Final Cure Payment   page 2

**CERTIFICATE OF SERVICE**

On July 27, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Robert A. Higgins             attorney@higginsandassociates.com
Vince Michael Vela            vince.vela@higginslaw.com

TRUSTEE
Tim Truman                    ftworthchapter13trustee-ecf@ch13ftw.com

US TRUSTEE
US Trustee                    ustpregion06.da.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On July 27, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor<br>Myrna Asis Rozenburg<br>7607 Abbott Drive<br>Fort Worth, TX 76108 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll